IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THOMAS ZAKIS,<br><br>                Plaintiff,<br><br>v.<br><br>UTAH TRANSIT AUTHORITY,<br><br>                Defendant. | MEMORANDUM DECISION AND ORDER GRANTING PLAINTIFF'S MOTION TO AMEND<br><br><br>Case No. 2:25-CV-00822-TS-DAO<br><br>District Judge Ted Stewart<br>Magistrate Judge Daphne A. Oberg |

This matter is before the Court on Plaintiff Thomas Zakis's Motion to Amend Complaint.[1] Plaintiff's Motion was filed in response to Defendant Utah Transit Authority's ("UTA") partial Motion to Dismiss.[2] However, on December 22, 2025, UTA filed its Notice of Non-Opposition[3] to Plaintiff's Motion to Amend and expressly reserved the right to file a motion or other responsive pleading after Plaintiff files the amended complaint.

It is therefore

ORDERED that Plaintiff's Motion to Amend (Docket No. 14) is GRANTED. It is further

ORDERED that Plaintiff separately file its First Amended Complaint (Docket No. 14-2) to be the operative complaint going forward. It is further

ORDERED that Defendant's Motion to Dismiss (Docket No. 13) is DENIED as MOOT.


//


---

[1] Docket No. 14.

[2] Docket No. 13.

[3] Docket No. 16.

DATED June 9, 2026.

BY THE COURT:

Ted Stewart
United States District Judge